UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON CAPLAN<br><br>Defendant. | )<br>)<br>)<br>)  Criminal No. 1:19-cr-10117-IT<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR SENTENCING MEMORANDUM**

Gordon Caplan respectfully moves for permission to file a Sentencing Memorandum exceeding the page limit set forth in Local Rule 7.1(b)(4) for the U.S. District Court for the District of Massachusetts. Specifically, Mr. Caplan requests leave to file a Sentencing Memorandum not to exceed 35 pages. Counsel for the government has informed undersigned counsel that it assents to this Motion. In support of this Motion, undersigned counsel states as follows:

1.  Local Rule 7.1(b)(4) states, "[m]emoranda supporting or opposing allowance of motions shall not, without leave of court, exceed 20 pages, double-spaced." This rule governs motion practice in criminal cases. *See* Local Rule 112.1.

2.  The deadline for Mr. Caplan's Sentencing Memorandum to be filed is Thursday, September 26, 2019.

3.  Undersigned counsel has prepared a Sentencing Memorandum that involves a complex analysis of the factors set forth in 18 U.S.C. § 3553(a). Among other information, it provides the Court with a fulsome picture of Mr. Caplan's personal history and characteristics, describes Mr. Caplan's participation in the offense, and analyzes how principles of deterrence apply in Mr. Caplan's case. *See generally* 18 U.S.C. §§ 3553(a).

4.  Given the intricacy of these issues and their importance to the Court's sentencing decision, additional pages are necessary for the Memorandum to fully assist the Court. Limiting the Memorandum to 20 pages will substantially prejudice Mr. Caplan's ability to present the Court with a complete and accurate analysis of the § 3553(a) factors.

5.  Undersigned counsel has conferred with counsel for the government regarding the relief requested. The government assents to this Motion.

6.  The Court has allowed similar motions by co-defendants Devin Sloane and Stephen Semprevivo.

## **CONCLUSION**

WHEREFORE, Mr. Caplan respectfully requests that the Court grant his Motion for leave to file a Sentencing Memorandum that exceeds 20 pages.

Dated: September 23, 2019            Respectfully submitted,

By: /s/ Joshua S. Levy
Joshua S. Levy  (BBO #563017)
Christopher J. Walsh (BBO #685252)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
joshua.levy@ropesgray.com
christopher.walsh@ropesgray.com

*Attorneys for Defendant Gordon Caplan*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

Dated: September 23, 2019

/s/ Joshua S. Levy
Joshua S. Levy